IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH L. CARNES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 12-0416-CV-W-BP-P |
| | ) | **ECF** |
| LARRY DENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF FILING EXHIBIT ATTACHMENTS

WHEREFORE, Exhibits A through N, which is an attachment to "Respondent's Response to Order to Show Cause Why a Writ of Habeas Corpus Should Not Be Granted," is in paper form only and maintained in the case file in the Clerk's Office.

Respectfully submitted,

CHRIS KOSTER
Attorney General

\s\ *Terrence M. Messonnier*
TERRENCE M. MESSONNIER
Assistant Attorney General
Missouri Bar No. 42998

P. O. Box 899
Jefferson City, MO 65102
(573) 751-3321
(573) 751-3825 FAX
(816) 889-5031
Terrence.messonnier@ago.mo.gov
Attorneys for Respondent

1

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system.
I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document postage prepaid, this 18 day of June, 2012, to:

Keith Carnes
Inmate Number 161267
Crossroads Correctional Center
1115 East Pence Road
Cameron, Missouri 64429


/s/ Terrence M. Messonnier
Terrence M. Messonnier
Assistant Attorney General